/541/

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 20-221 |
| | ) | (18 U.S.C. §§ 2 and 231(a)(3)) |
| JORDAN COYNE | ) | [UNDER SEAL] |

**INDICTMENT**

**COUNT ONE**

FILED
AUG 26 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The grand jury charges:

On or about May 30, 2020, in the Western District of Pennsylvania, the defendant, JORDAN COYNE, did commit and attempt to commit an act to obstruct, impede and interfere with a law enforcement officer lawfully engaged in the lawful performance of the officer's official duties, incident to and during the commission of a civil disorder which obstructed, delayed and adversely affected commerce and the movement of articles and commodities in commerce, to wit: the defendant, JORDAN COYNE, incident to and during the commission of a civil disorder in the vicinity of downtown Pittsburgh and the PPG Paints Arena in the City of Pittsburgh, which disorder obstructed, delayed and adversely affected the interstate commerce activities of nearby business establishments and the movement of articles and commodities in commerce, did knowingly and willfully throw projectiles at several police officers and did knowingly and willfully cause damage to a police officer's police vehicle by throwing a projectile through the

rear window of the vehicle, causing the obstruction, impediment and interference of law enforcement officers engaged in the lawful performance of their official duties.

In violation of Title 18, United States Code, Sections 2 and 231(a)(3).

A True Bill,

*[signature]*
Foreperson

*[signature]*
SCOTT W. BRADY
United States Attorney
PA ID No. 88352