IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JORDAN COYNE

Criminal No. 20-221

[UNDER SEAL]

## ARRAIGNMENT PLEA

Defendant JORDAN COYNE being arraigned, pleads __NOT GUILTY__ in open Court this __10TH__ day of __SEPTEMBER__, 20 __20__

_____
(Defendant's Signature)

_____
(Attorney for Defendant)