IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 20-221 |
| | ) | |
| JORDAN COYNE, | ) | |
| | ) | |
| Defendant. | ) | |

**HEARING MEMO – Status Conf (counsel only)**
Date hearing held:   10/14/20
Before Judge Arthur J. Schwab

| Counsel for Government | Jonathan Lusty |
|---|---|
| Counsel for Defendant | William McCabe |
| Court Reporter | Marsia Balobek |
| Law Clerk/Deputy Clerk | BFM/LCK |
| Start time | 10:00 AM |
| End time | 10:10 AM |

**NOTED:**

The Court schedules a Status Conference or Change of Plea for 1/14/21 at 11:00 AM

The Court grants defendant's motion and Pretrial Motions are due 1/14/21.