**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 20-221 |
| | ) | |
| vs. | ) | |
| | ) | |
| JORDAN COYNE | ) | |

# ORDER OF COURT

AND NOW, to wit, this ___7th___ day of October, 2021 upon consideration of the within

Motion, it is hereby ORDERED that the Defendant is granted leave of Court to travel outside

of the Western District of Pennsylvania from October 9, 2021 until no later than October 16,

2021.  The Defendant is granted permission to travel alone by car on October 9, 2021 to Rhode

Island, and to reside while in Rhode Island at 280 Biscuit City Road, Kingston, Rhode Island,

and to return to his residence in Pennsylvania no later than October 16, 2021.

During his absence from the District, the Defendant is required to abide by all of the terms

and conditions of bond and pretrial release as previously imposed by the Court. The Defendant

is directed to contact his federal probation officer by phone upon his return to Pennsylvania on

October 16, 2021.


S/Arthur J. Schwab_____
Arthur J. Schwab,
United States District Court Judge