IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 20-221 |
| ) | ELECTRONICALLY FILED |
| v. ) | |
| ) | |
| JORDAN COYNE, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF COURT**

And now, this 21st day of October, 2021, upon due consideration of the instant Motion to Conduct Change of Plea Hearing by Videoconference, and upon the request and consent of the Defendant, the Court finds and concludes that, for the reasons stated in the Motion, the Change of Plea Hearing in this case cannot be further delayed without substantial harm to the interests of justice. Therefore, Defendant's Change of Plea Hearing shall be conducted via videoconference and will occur as previously scheduled on January 27, 2022 at 9:30 am. The instructions to connect to the sentencing hearing by video will be distributed via email to the Defendant and all counsel of record prior to the hearing.

SO ORDERED this 21st day of October, 2021

_____
Arthur J. Schwab
United States District Judge