IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 20cr221 |
| | ) |
| JORDAN COYNE, | ) |
| | ) |
| Defendant. | ) |

### CHANGE OF PLEA

Defendant, JORDAN COYNE, changes his plea and now enters a plea of guilty as to Count 1 in open court this 2nd day of March, 2022.

_Jordan Coyne_
Defendant's Name

_[signature]_
Defense Attorney
William J. McCabe