IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-221 |
| JORDAN COYNE | |

**GOVERNMENT'S POSITION WITH RESPECT TO**
**SENTENCING FACTORS**

AND NOW comes the United States of America, by its attorneys, Cindy K. Chung, United States Attorney for the Western District of Pennsylvania, and Jonathan D. Lusty, Assistant United States Attorney for said district, submitting as follows:

Government counsel has received and reviewed the contents of the Presentence Investigation Report for the above-captioned case. Government counsel has no objections or requests for modification to the Presentence Investigation Report.

Respectfully submitted,

CINDY K. CHUNG
United States Attorney

/s/ *Jonathan D. Lusty*
JONATHAN D. LUSTY
Assistant United States Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
PA ID No. 311180