# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 20-221 |
| ) | |
| vs. ) | Judge Arthur J. Schwab |
| ) | |
| JORDAN COYNE ) | |

### DEFENDANT JORDAN COYNE'S MOTION
### FOR LEAVE TO RESIDE OUTSIDE OF THE WESTERN DISTRICT OF PENNSYLVANIA

**COMES NOW,** the Defendant, Jordan Coyne, by and through his lawyer, William J. McCabe, Esquire, and moves the Court for an Order granting him leave to reside outside of the Western District of Pennsylvania, and in support thereof, avers the following:

1. The Defendant's sentencing hearing is now scheduled for January 12, 2023.

2. Throughout the pendency of his case, Mr. Coyne has resided in the Pittsburgh area.

3. However, due to circumstances beyond his control, Mr. Coyne is required to vacate his apartment in Pittsburgh.

4. Fortunately, he has found a suitable replacement residence located outside of the Western District.

5. Specifically, Mr. Coyne can reside with Wendy Rewalt, a family friend, at 11 Eimer Street, Triadelphia West Virginia 26059.

6. Triadelphia, West Virginia is located 53 miles from Pittsburgh near Wheeling.

7. The FPO has no objection to Mr. Coyne changing his residence outside of the Western District, and his residing with Ms. Rewalt

8. The Government has no objection to the granting of this motion.

**WHEREFORE,** Defendant, Jordan Coyne, requests an Order granting him leave to reside outside of the Western District of Pennsylvania.

Respectfully submitted,

/s/ William J. McCabe

DeBERNARDO, ANTONIONO,
McCABE & DAVIS, P.C.
11 North Main Street
Greensburg, PA  15601
PA ID No. 32618
(724) 836-0700
Attorney for Defendant