IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-221 |
| | ) | |
| JORDAN COYNE | ) | |

<u>JOINT STATUS REPORT</u>

AND NOW come the United States of America, by its attorneys, Cindy K. Chung, United States Attorney for the Western District of Pennsylvania, and Jonathan D. Lusty, Assistant United States Attorney for said District, jointly with the Defendant, Jordan Coyne, by and through his counsel, William J. McCabe, Esquire, and respectfully file the following Joint Status Report:

1. On March 2, 2022, the defendant pled guilty to one count of Obstruction of Law Enforcement During a Civil Disorder (18 U.S.C. 231(a)(3) and 2).

2. Sentencing is scheduled for January 12, 2023, at 10:30AM.

3. This Honorable Court ordered that the parties confer and provide a joint status report to inform the Court as to whether an evidentiary hearing is needed to be held prior to sentencing.

4. The parties agree that an evidentiary hearing is not needed.

                Respectfully submitted,

                CINDY K. CHUNG
                United States Attorney

                /s/ *Jonathan D. Lusty*
                JONATHAN D. LUSTY
                Assistant U.S. Attorney
                PA ID No. 311180

                /s/ *William J. McCabe*
                WILLIAM J. MCCABE
                PA ID No. 32618
                *Attorney for Defendant,*
                *Jordan Coyne*